# GILBERTI STINZIANO HEINTZ & SMITH, P.C.

Attorneys and Counselors at Law
555 East Genesee Street
Syracuse, New York 13202-2159
Telephone (315) 442-0100

## STATEMENT OF ACCOUNT

June 06, 2014

U.S. District Court, District of New Jersey
Clarkson S. Fisher Buiding & U.S. Courthouse
402 East State Street, Court Room 4E
Trenton, NJ 08608

STC

Client: USDI01

Matter: 61423

RE: Special Masters Position re hearings on telecommunications patents in Alberta Telecommunications Research Centre v AT&T Corporation

Our records indicate that the following invoices are outstanding:

| Bill Number | Bill Date  | Amount Billed | Remaining Balance |
|-------------|------------|---------------|-------------------|
| 81799       | 03/25/2014 | 7,300.00      | 7,300.00          |

Balance Now Due: $7,300.00

Please call Mary Rowland at 315-442-0100, ext. 125 or email mrowland@gilbertilaw.com if you have any questions. Please disregard if paid.