Sean T. Carey
P.O. Box 402
Montrose, NY 10548

July 9, 2014

Billed through: 07/09/2014

U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 4E
Trenton, NJ 08608

RE: Special Masters Position re hearings on telecommunications patents in Alberta Telecommunications Research Center v AT&T Corporation

FOR PROFESSIONAL SERVICES RENDERED

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/10/2014 | Telephone conference with co-special master RE: pending motion for patent exhaustion | 0.75 hrs | 400.00 /hr | $ 300.00 |
| 4/24/2014 | Prepare for telephone conference with Judge Sheridan RE: pending motion for patent exhaustion; participate in telephone conference; debrief with co-special master | 1.25 hrs | 400.00 /hr | $ 500.00 |
| 5/20/2014 | Review latest draft of motion for patent exhaustion; telephonic conference with co-special master regarding same and motion for summary judgment of invalidity | 0.75 hrs | 400.00 /hr | $ 300.00 |
| 6/1/2014 | Review the original briefs on the motion for summary judgment of invalidity, the original order for summary judgment of invalidity, the briefs on the renewed motion for summary judgment of invalidity, *Markman* hearing notes on issues related to the validity of the '059 Patent; begin drafting order related to same | 6.75 hrs | 400.00 /hr | $ 2,700.00 |
| 6/29/2014 | Finish drafting order on motion for summary judgment of invalidity of the '059 Patent; forward to Judge Sheridan and co-special master for review | 6.00 hrs | 400.00 /hr | $ 2,400.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/9/2014 | Review draft Patent Exhaustion order; conference with co-special master regarding same; conference with Judge Sheridan and co-special master regarding outstanding orders; insert proposed changes into draft summary judgment of invalidity order | 2.25 hrs | 400.00 /hr | $ 900.00 |

Total fees: $ 7,100.00

BILLING SUMMARY

| | Hours | Rate | Amount |
|---|---|---|---|
| Carey, Sean | 17.75 hrs | 400.00 /hr | $ 7,100.00 |
| TOTAL FEES | 17.75 hrs | | $ 7,100.00 |
| TOTAL CHARGES FOR THIS BILL | | | $ 7,100.00 |