DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078-2704
T 973-520-2550
F 973-520-2551
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

Honorable Peter G. Sheridan  
United States District Court  
District of New Jersey  
Clarkson S. Fisher Building & U.S. Courthouse  
402 East State Street  
Trenton, NJ  08608  

March 05, 2014

A. Bunn  
Matter # 385099-000001  
Invoice # 2968988

For Professional Services Through **February 28, 2014**

*Client:* **United States District Court District of New Jersey**  
*Matter:* **Special Master - In Re TR Labs Patent Litigation**

|  |  |  |
|---|---|---:|
| Current Fees | $ | 640.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 640.00 |

Please send remittance to:  DLA Piper LLP (US)  
P. O. Box 75190  
Baltimore, MD 21275

Or wire remittance to:  M&T Bank  
25 South Charles Street, 18th Floor  
Baltimore, MD 21201  
Account Name: DLA Piper LLP (US) Operating Account  
Account # 074-8148-5  
ABA Transit #: 022000046  
Swift Code:  MANTUS33INT

*To ensure proper credit, please indicate the invoice number you are paying on the wire*

Law Firm Tax Identification Number:  52-0616490

**Fees:**

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 02/06/14 | Reviewed letter from Mr. Robinson confirming briefing schedule for summary judgment motion on indefiniteness. | Fordham, Keiyana B. | 0.20 |
| 02/06/14 | Advised the Judge's chambers of the letter Mr. Robinson filed for the Judge's review and Order of the indefiniteness summary judgment briefing schedule. | Fordham, Keiyana B. | 0.20 |
| 02/11/14 | Conferred with Judge Sheridan and Mr. Carey about the pending motions and supplemental briefing. | Fordham, Keiyana B. | 0.50 |
| 02/11/14 | Conferred with Mr. Carey re: patent exhaustion motion, supplemental briefing and the briefing schedule for the motion for indefiniteness in advance of conference call with Judge Sheridan. | Fordham, Keiyana B. | 0.40 |
| 02/11/14 | Following conference call, prepared notice to the parties of how Judge Sheridan intends to proceed with the pending motions and submissions; sent draft of notice to Judge's chambers for review and filing to the docket. | Fordham, Keiyana B. | 0.30 |

**Total Hours**     1.60

**Total Fees**     $640.00

## Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Fordham, Keiyana B. | Associate | 1.60 | 400.00 | 640.00 |
| | **Totals** | **1.60** | | **640.00** |

**Total Current Charges**     **$640.00**

A. Bunn

Matter # 385099-000001  
Invoice # 2968988  
March 05, 2014

# REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 640.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 640.00 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

| | | |
|---|---|---|
| Please send remittance to: | DLA Piper LLP (US)<br>P. O. Box 75190<br>Baltimore, MD 21275 | |
| Or wire remittance to: | M&T Bank<br>25 South Charles Street, 18th Floor<br>Baltimore, MD 21201<br>Account Name: DLA Piper LLP (US) Operating Account<br>Account # 074-8148-5<br>Swift Code: MANTUS33INT | *To ensure proper credit, please indicate the invoice number you are paying on the wire* |
| Law Firm Tax Identification Number: | 52-0616490 | |