DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078-2704
T 973-520-2550
F 973-520-2551
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

| | |
|---|---|
| Honorable Peter G. Sheridan | April 03, 2014 |
| United States District Court | |
| District of New Jersey | A. Bunn |
| Clarkson S. Fisher Building & U.S. Courthouse | Matter # 385099-000001 |
| 402 East State Street | Invoice # 2981060 |
| Trenton, NJ  08608 | |

For Professional Services Through **March 31, 2014**

*Client:*  **United States District Court District of New Jersey**
*Matter:* **Special Master - In Re TR Labs Patent Litigation**

| | | |
|---|---|---:|
| Current Fees | $ | 4,360.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 4,360.00 |

Please send remittance to:   DLA Piper LLP (US)
                             P. O. Box 75190
                             Baltimore, MD 21275

Or wire remittance to:       M&T Bank                                      *To ensure proper credit, please indicate the*
                             25 South Charles Street, 18th Floor           *invoice number you are paying on the wire*
                             Baltimore, MD 21201
                             Account Name: DLA Piper LLP (US) Operating Account
                             Account # 074-8148-5
                             ABA Transit #: 022000046
                             Swift Code:  MANTUS33INT

Law Firm Tax Identification Number:   52-0616490

**Fees:**

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 03/02/14 | Consideration of patent exhaustion issue raised in this case, and potential questions for the parties in advance of the motion hearing. | Fordham, Keiyana B. | 2.90 |
| 03/03/14 | Conferred with Judge Sheridan and Co-Special Master Carey about the patent exhaustion issues in this case in advance of the motion hearing. | Fordham, Keiyana B. | 0.90 |
| 03/03/14 | Participated in telephonic motion hearing on AT&T's motion for patent exhaustion. | Fordham, Keiyana B. | 0.50 |
| 03/03/14 | Conferred with Judge Sheridan and Co-Special Master Carey after the motion hearing to discuss the issues raised and how to proceed with resolving the motion; scheduled a follow up conference call to discuss patent exhaustion issues. | Fordham, Keiyana B. | 0.50 |
| 03/11/14 | Reviewed the seminal cases on patent exhaustion raised at the hearing and considered the cases to the present issues involved in preparation for conference call with Judge Sheridan on the patent exhaustion issues. | Fordham, Keiyana B. | 3.60 |
| 03/12/14 | Prepared for discussion of patent exhaustion issues with Judge Sheridan and co-Special Master Carey by reviewing transcript from the hearing and notes prepared while reviewing the briefing. | Fordham, Keiyana B. | 1.00 |
| 03/12/14 | Conferred with Judge Sheridan and Co-Special Master Carey on the patent exhaustion issues raised in AT&T's motion and the case law on the issue, and how to proceed with the opinion. | Fordham, Keiyana B. | 0.90 |
| 03/13/14 | Reviewed and considered selections from a treatise, Patent Law and Practice, on patent law exhaustion sent by Judge Sheridan. | Fordham, Keiyana B. | 0.60 |

|  |  |  |  |
|---|---|---|---|
|  | **Total Hours** |  | **10.90** |
|  | **Total Fees** |  | **$4,360.00** |

## Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Fordham, Keiyana B. | Associate | 10.90 | 400.00 | 4,360.00 |
| | **Totals** | **10.90** | | **4,360.00** |

**Total Current Charges**　　　　　　　　**$4,360.00**

Matter # 385099-000001  
Invoice # 2981060

A. Bunn  
April 03, 2014

# REMITTANCE ADVICE

| | | |
|---|---|---:|
| Current Fees | $ | 4,360.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 4,360.00 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:   DLA Piper LLP (US)
P. O. Box 75190
Baltimore, MD 21275

Or wire remittance to:   M&T Bank
25 South Charles Street, 18th Floor
Baltimore, MD 21201
Account Name: DLA Piper LLP (US) Operating Account
Account # 074-8148-5
Swift Code: MANTUS33INT

*To ensure proper credit, please indicate the invoice number you are paying on the wire*

Law Firm Tax Identification Number:   52-0616490