DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078-2704
**T** 973-520-2550
**F** 973-520-2551
**W** www.dlapiper.com


PRIVILEGED AND CONFIDENTIAL
───────────────────────────


Honorable Peter G. Sheridan  
United States District Court  
District of New Jersey  
Clarkson S. Fisher Building & U.S. Courthouse  
402 East State Street  
Trenton, NJ  08608

May 05, 2014

A. Bunn  
Matter # 385099-000001  
Invoice # 2994060

---

*For Professional Services Through **April 30, 2014***

*Client:*   **United States District Court District of New Jersey**  
*Matter:*   ***Special Master - In Re TR Labs Patent Litigation***

|  |  |  |
|---|---|---:|
| Current Fees | $ | 12,280.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 12,280.00 |

---

Please send remittance to:    DLA Piper LLP (US)  
P. O. Box 75190  
Baltimore, MD 21275

Or wire remittance to:    M&T Bank  
25 South Charles Street, 18th Floor  
Baltimore, MD 21201  
Account Name: DLA Piper LLP (US) Operating Account  
Account # 074-8148-5  
ABA Transit #: 022000046  
Swift Code:  MANTUS33INT

*To ensure proper credit, please indicate the invoice number you are paying on the wire*

Law Firm Tax Identification Number:    52-0616490

**Fees:**

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 04/10/14 | Conferred with Judge Sheridan and Co-Special Master Carey to discuss status of pending motions. | Fordham, Keiyana B. | 0.50 |
| 04/16/14 | Reviewed cases, the court's notes, and briefing papers and infringement contentions to draft opinion on whether summary judgment should be granted on the issue of patent exhaustion to the '734 and '059 Patents; Assessed the Supreme Court and Federal Circuit precedent on the issue and determined whether there was an authorized sale by the offer of a covenant not to sue. | Fordham, Keiyana B. | 7.50 |
| 04/17/14 | Continued drafting opinion resolving AT&T's summary judgment motion on patent exhaustion by assessing whether Cisco's products substantially embodied TR Labs' Patents. | Fordham, Keiyana B. | 7.50 |
| 04/18/14 | Further consideration of the case law to analyze and assess whether substantial embodiment exists in this case; prepared final draft for Judge Sheridan's and Co-Special Master Carey's review. | Fordham, Keiyana B. | 3.90 |
| 04/19/14 | Reviewed the transcript from the motion hearing and addressed any additional issues raised in the draft opinion; further consideration of the substantial embodiment test and its application to this case. | Fordham, Keiyana B. | 4.30 |
| 04/21/14 | Revised draft opinion regarding summary judgment motion on patent exhaustion for Judge Sheridan and Co-Special Master Carey's review. | Fordham, Keiyana B. | 3.10 |
| 04/24/14 | Conference call with Judge Sheridan and Co-Special Master Carey to discuss any revisions to the draft opinion on patent exhaustion. | Fordham, Keiyana B. | 0.70 |
| 04/24/14 | Reviewed summary of Supreme Court case (CLS Bank v. Alice Corp) on whether abstract ideas are patentable on appeal from the Federal Circuit and consideration of whether the decision could impact this case. | Fordham, Keiyana B. | 0.40 |
| 04/29/14 | Researched case law on implied licenses for use of patents with respect to patent exhaustion as discussed on the April 24 conference call with Judge Sheridan and Co-Special Master Carey. | Fordham, Keiyana B. | 2.80 |

| | | **Total Hours** | **30.70** |
|---|---|---|---|
| | | **Total Fees** | **$12,280.00** |

**Time Summary**

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Fordham, Keiyana B. | Associate | 30.70 | 400.00 | 12,280.00 |
| **Totals** | | **30.70** | | **12,280.00** |

**Total Current Charges** **$12,280.00**

|  |  | A. Bunn |
|---|---|---|
| Matter # 385099-000001 | | |
| Invoice # 2994060 | | May 05, 2014 |

# REMITTANCE ADVICE

| Current Fees | $ | 12,280.00 |
|---|---|---|
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 12,280.00 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

---

| Please send remittance to: | DLA Piper LLP (US) | |
| | P. O. Box 75190 | |
| | Baltimore, MD 21275 | |
| | | |
| Or wire remittance to: | M&T Bank | *To ensure proper credit, please indicate the* |
| | 25 South Charles Street, 18th Floor | *invoice number you are paying on the wire* |
| | Baltimore, MD 21201 | |
| | Account Name: DLA Piper LLP (US) Operating Account | |
| | Account # 074-8148-5 | |
| | Swift Code: MANTUS33INT | |
| Law Firm Tax Identification Number: | 52-0616490 | |