DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078-2704
T 973-520-2550
F 973-520-2551
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

Honorable Peter G. Sheridan  
United States District Court  
District of New Jersey  
Clarkson S. Fisher Building & U.S. Courthouse  
402 East State Street  
Trenton, NJ 08608

June 04, 2014

A. Bunn  
Matter # 385099-000001  
Invoice # 3006081

For Professional Services Through *May 31, 2014*

*Client:* **United States District Court District of New Jersey**  
*Matter:* **Special Master - In Re TR Labs Patent Litigation**

| | | |
|---|---|---:|
| Current Fees | $ | 3,400.00 |
| Current Disbursements | $ | 216.16 |
| Total This Invoice | $ | 3,616.16 |

| | | |
|---|---|---|
| Please send remittance to: | DLA Piper LLP (US)<br>P. O. Box 75190<br>Baltimore, MD 21275 | |
| Or wire remittance to: | M&T Bank<br>25 South Charles Street, 18th Floor<br>Baltimore, MD 21201<br>Account Name: DLA Piper LLP (US) Operating Account<br>Account # 074-8148-5<br>ABA Transit #: 022000046<br>Swift Code: MANTUS33INT | *To ensure proper credit, please indicate the invoice number you are paying on the wire* |
| Law Firm Tax Identification Number: | 52-0616490 | |

**Fees:**

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 05/05/14 | Revised draft opinion on AT&T partial summary judgment motion for patent exhaustion by incorporating Judge Sheridan's edits re: implied license discussion; and made final edits as discussed on the April 24th conference call. | Fordham, Keiyana B. | 4.60 |
| 05/15/14 | Considered research results re: implied license and advised Judge Sheridan of recent patent litigation cases involving implied license analysis as it relates to patent exhaustion and the effect on the draft opinion; prepared summary of research results for Judge Sheridan and Mr. Carey's review. | Fordham, Keiyana B. | 1.60 |
| 05/19/14 | Conference call with Judge Sheridan to discuss results from implied license research as it relates to the patent exhaustion doctrine; considered impact on analysis in draft opinion. | Fordham, Keiyana B. | 0.50 |
| 05/20/14 | Reviewed and considered moving and oppositionbriefs re: renewed summary judgment motion ofinvalidity because of indefiniteness of the'059 Patent, to discuss draft opinion withJudge Sheridan and Mr. Carey. | Fordham, Keiyana B. | 1.80 |

| | | |
|---|---|---|
| | **Total Hours** | **8.50** |
| | **Total Fees** | **$3,400.00** |

## Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Fordham, Keiyana B. | Associate | 8.50 | 400.00 | 3,400.00 |
| **Totals** | | **8.50** | | **3,400.00** |

**Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 05/13/14 | Westlaw Charges | 116.25 |
| 05/15/14 | Westlaw Charges | 99.91 |

**Total Disbursements** **$216.16**

**Total Current Charges** **$3,616.16**

Matter # 385099-000001  
Invoice # 3006081

A. Bunn  
June 04, 2014

# REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 3,400.00 |
| Current Disbursements | $ | 216.16 |
| Total This Invoice | $ | 3,616.16 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to: DLA Piper LLP (US)  
P. O. Box 75190  
Baltimore, MD 21275

Or wire remittance to: M&T Bank  
25 South Charles Street, 18th Floor  
Baltimore, MD 21201  
Account Name: DLA Piper LLP (US) Operating Account  
Account # 074-8148-5  
Swift Code: MANTUS33INT

Law Firm Tax Identification Number: 52-0616490

*To ensure proper credit, please indicate the invoice number you are paying on the wire*