DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078-2704
T 973-520-2550
F 973-520-2551
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

Honorable Peter G. Sheridan  
United States District Court  
District of New Jersey  
Clarkson S. Fisher Building & U.S. Courthouse  
402 East State Street  
Trenton, NJ  08608

July 07, 2014

A. Bunn  
Matter # 385099-000001  
Invoice # 3017980

For Professional Services Through **June 30, 2014**

*Client:* **United States District Court District of New Jersey**  
*Matter:* **Special Master - In Re TR Labs Patent Litigation**

|  |  |  |
|---|---|---|
| Current Fees | $ | 3,240.00 |
| Current Disbursements | $ | 33.72 |
| Total This Invoice | $ | 3,273.72 |

Please send remittance to:  DLA Piper LLP (US)  
P. O. Box 75190  
Baltimore, MD 21275

Or wire remittance to:  M&T Bank  
25 South Charles Street, 18th Floor  
Baltimore, MD 21201  
Account Name: DLA Piper LLP (US) Operating Account  
Account # 074-8148-5  
ABA Transit #: 022000046  
Swift Code:  MANTUS33INT

*To ensure proper credit, please indicate the invoice number you are paying on the wire*

Law Firm Tax Identification Number:  52-0616490

**Fees:**

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 06/03/14 | Reviewed the U.S. Supreme Court decision, Nautilus v. Biosig re: definiteness requirement; Considered the decision and how it applies to the pending summary judgment motion for indefiniteness of the '059 Patent. | Fordham, Keiyana B. | 0.70 |
| 06/03/14 | Reviewed and considered AT&T's letter advising the court of the Nautilus v. Biosig decision and AT&T's supplemental arguments in support of its pending summary judgment motion for indefiniteness of the '059 Patent. | Fordham, Keiyana B. | 0.30 |
| 06/04/14 | Revised opinion re: patent exhaustion summary judgment motion consistent with the Judge's revisions and comments. | Fordham, Keiyana B. | 3.00 |
| 06/04/14 | Reviewed and considered TR Labs' letter in response re: Nautilus v. Biosig decision and AT&T's supplemental arguments. | Fordham, Keiyana B. | 0.30 |
| 06/05/14 | Final review of latest revisions to opinion in preparation for Judge Sheridan's review re: patent exhaustion summary judgment motion. | Fordham, Keiyana B. | 1.50 |
| 06/05/14 | Reviewed and considered AT&T's letter in response to TR Labs' letter re: Nautilus decision and motion for indefiniteness of '059 Patent. | Fordham, Keiyana B. | 0.30 |
| 06/17/14 | Conferred with Judge Sheridan re: final changes to the opinion deciding the patent exhaustion motion. | Fordham, Keiyana B. | 0.20 |
| 06/17/14 | Revised Opinion to incorporate Judge Sheridan's final changes; final review of draft Opinion in its entirety. | Fordham, Keiyana B. | 1.80 |

| | | |
|---|---|---|
| | **Total Hours** | **8.10** |
| | **Total Fees** | **$3,240.00** |

## Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Fordham, Keiyana B. | Associate | 8.10 | 400.00 | 3,240.00 |
| **Totals** | | **8.10** | | **3,240.00** |

**Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 06/03/14 | Westlaw Charges | 33.72 |
| | **Total Disbursements** | **$33.72** |
| | **Total Current Charges** | **$3,273.72** |

Matter # 385099-000001  
Invoice # 3017980

A. Bunn  
July 07, 2014

# REMITTANCE ADVICE

| | | |
|---|---|---:|
| Current Fees | $ | 3,240.00 |
| Current Disbursements | $ | 33.72 |
| Total This Invoice | $ | 3,273.72 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*

*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

| | | |
|---|---|---|
| Please send remittance to: | DLA Piper LLP (US)<br>P. O. Box 75190<br>Baltimore, MD 21275 | |
| Or wire remittance to: | M&T Bank<br>25 South Charles Street, 18th Floor<br>Baltimore, MD 21201<br>Account Name: DLA Piper LLP (US) Operating Account<br>Account # 074-8148-5<br>Swift Code: MANTUS33INT | *To ensure proper credit, please indicate the invoice number you are paying on the wire* |
| Law Firm Tax Identification Number: | 52-0616490 | |