DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078-2704
T 973-520-2550
F 973-520-2551
W www.dlapiper.com

PRIVILEGED AND CONFIDENTIAL

Honorable Peter G. Sheridan  August 05, 2014
United States District Court
District of New Jersey  A. Bunn
Clarkson S. Fisher Building & U.S. Courthouse  Matter # 385099-000001
402 East State Street  Invoice # 3029938
Trenton, NJ  08608

For Professional Services Through *July 31, 2014*

*Client:*  **United States District Court District of New Jersey**
*Matter:*  **Special Master - In Re TR Labs Patent Litigation**

| | | |
|---|---|---:|
| Current Fees | $ | 1,080.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 1,080.00 |

Please send remittance to:    DLA Piper LLP (US)
                              P. O. Box 75190
                              Baltimore, MD 21275

Or wire remittance to:        M&T Bank                                      *To ensure proper credit, please indicate the*
                              25 South Charles Street, 18th Floor           *invoice number you are paying on the wire*
                              Baltimore, MD 21201
                              Account Name: DLA Piper LLP (US) Operating Account
                              Account # 074-8148-5
                              ABA Transit #: 022000046
                              Swift Code:  MANTUS33INT

Law Firm Tax Identification Number:   52-0616490

**Fees:**

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 07/09/14 | Conference call with Judge Sheridan and Co-Special Master Carey to discuss status of opinions. | Fordham, Keiyana B. | 0.20 |
| 07/09/14 | Reviewed and made changes to the draft opinion on the motion for indefiniteness. | Fordham, Keiyana B. | 1.80 |
| 07/09/14 | Prepared final changes to the draft opinion on patent exhaustion. | Fordham, Keiyana B. | 0.50 |
| 07/31/14 | Conference call with Judge Sheridan as to the status of the case following a conference call with the parties and next steps. | Fordham, Keiyana B. | 0.20 |

|  |  |
|---|---|
| **Total Hours** | **2.70** |
| **Total Fees** | **$1,080.00** |

## Time Summary

The following legal services were provided by DLA Piper LLP (US):

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Fordham, Keiyana B. | Associate | 2.70 | 400.00 | 1,080.00 |
| **Totals** |  | **2.70** |  | **1,080.00** |

| | |
|---|---|
| **Total Current Charges** | **$1,080.00** |

A. Bunn

Matter # 385099-000001  
Invoice # 3029938                                                                     August 05, 2014

# REMITTANCE ADVICE

| | | |
|---|---|---|
| Current Fees | $ | 1,080.00 |
| Current Disbursements | $ | 0.00 |
| Total This Invoice | $ | 1,080.00 |

*INVOICE IS DUE AND PAYABLE UPON RECEIPT*  
*PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE*

Please send remittance to:      DLA Piper LLP (US)  
                                          P. O. Box 75190  
                                          Baltimore, MD 21275

Or wire remittance to:        M&T Bank                             *To ensure proper credit, please indicate the*  
                                          25 South Charles Street, 18th Floor     *invoice number you are paying on the wire*  
                                          Baltimore, MD 21201  
                                          Account Name: DLA Piper LLP (US) Operating Account  
                                          Account # 074-8148-5  
                                          Swift Code: MANTUS33INT  
Law Firm Tax Identification Number:    52-0616490